

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2017

No. 04-17-00444-CV

**IN THE INTEREST OF D.P.,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00082
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is a parental termination case in which appellant filed a notice of appeal, asserting she is appealing an order rendered on or about June 8, 2017 that terminated her parental rights to her children. In the filing in this court, the notice of appeal did not contain a copy of the alleged order from which she contends she is appealing. On July 12, 2017, the Bexar County district clerk filed the clerk's record, and it also does not contain a copy of a signed order terminating appellant's parental rights. Rather, the clerk's record contains a document titled "JUDGE'S NOTES;" on this document there is a handwritten entry as follows:

> Orders: Term Granted
> Janice Crawford: (d)(e)  (N)(O)(P)
> Eddie Patterson: (d)(e)   (N)(O)(P)
> Cedric [handwriting illegible]:   (N)(O)

This court has specifically held that "[a] judge's handwritten notes are for his or her own convenience and form no part of the record." *In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804584, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (citing *In re A.W.*, 384 S.W.3d 872, 873 (Tex. App.—San Antonio 2012, no pet.)). In other words, judge's notes do not constitute an appealable order. *See id.* Thus, it appears there is no judgment or order from which appellant may appeal.

Accordingly, we order appellant to show cause in writing to this court on or before **August 7, 2017**, why this appeal should not be dismissed for lack of jurisdiction based on the absence of an appealable order or judgment. We further order the appellate deadlines suspended until further order of this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk